FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 14 AM 11:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.

                                Civil No. 04-2322-D P

One (1) Rolex Watch, Model #16013,

    Defendant.

---

## JUDGMENT

---

This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1.     This judgment is entered in accordance with the terms as set forth in the Consent Order entered on July 30, 2004.

2.     The above-styled case is DISMISSED. Each party shall bear its own attorney's fees and costs.

This __13__ day of __July__, 2005.

                                              BERNICE B. DONALD
                                              United States District Judge

APPROVED:

TERRELL L. HARRIS
United States Attorney

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7/15/05

By: /s/ Christopher E. Cotten
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277, Tennessee)
(901)544-4231

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02322 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT